Opinion filed November 10,
2011

 

                                                                       In The           

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-11-00095-CV

                                                    __________

 

                               RONNIE
SUE OVERTON, Appellant

 

                                                             V.

 

     FEDERAL HOME LOAN
MORTGAGE CORPORATION, Appellee



 

                                   On
Appeal from the 50th District Court

                                                            Baylor
County, Texas

                                                      Trial
Court Cause No. 10654



 

                                            M E M O R A N
D U M   O P I N I O N

 

            Appellee
has filed in this court a motion to dismiss for failure to prosecute.  This is
a forcible-detainer case in which appellant’s brief was originally due for
filing on June 10, 2011.  This court previously granted a motion for extension and
extended the deadline to July 8, 2011.  Appellant has yet to file a brief or
another motion for extension.  We agree that the appeal should be dismissed
based upon appellant’s failure to prosecute the appeal.  Tex. R. App. P. 42.3.

Appellee’s
motion to dismiss is granted, and this appeal is dismissed for want of
prosecution.  

 

PER CURIAM

November 10,
2011 

Panel consists of:  Wright, C.J.,

McCall, J., and Kalenak, J.